UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    James J. Cramb

                     Case No. 17-40032-MAR
                     Chapter 13
                     HON. Mark A. Randon

           Debtor(s).
_____/

## ORDER CONFIRMING PLAN

The Debtor's(s') Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's(s') Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Charles J. Schneider, P.C., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ * in fees and $.00 in expenses, and that the portion of such claim which has not already been paid; to wit: $ * shall be paid by the Trustee as an administrative expense of this case. *Attorney fees are reserved pending a fee application.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. 502(a), and the Trustee is, therefore, ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

tosign636365724633939833.docx

1. That the Debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract and shall provide written evidence of all renewals thereof to the Trustee during the Chapter 13 Plan.

2. The Debtor currently pays $495.00, per month for spousal support to Jodi Cramb, pursuant to the Judgment of Divorce and the spousal support order. The Debtor currently pays $252.00, per month for child support to Jodi Cramb, pursuant to the Judgment of Divorce and the child support order. The Debtor currently pays $540.00 for tuition for his daughter, pursuant to the Judgment of Divorce.

3. The changes made to Paragraph V.B. in the second amended plan shall be stricken.

4. The plan payment shall increase to $642.31/bw effective 8/15/2020.

5. The plan shall increase to $970.46/bw effective 3/1/2021.

6. The plan payment increase to $1,133.35/bw effective 8/17/2021.

Approved As To Form:

| /s/Margaret Conti Scmidt | /s/ Lisa M. Nedzlek |
|---|---|
| Krispen S. Carroll (P49817) | CHARLES J. SCHNEIDER (P27598) |
| Chapter 13 Trustee | LISA M. NEDZLEK (P71407) |
| 719 Griswold Street | NICHOLAS D. CHAMBERS (P72084) |
| 1100 Chrysler House | Attorneys for Debtor(s) |
| Detroit, MI 48226-3314 | 39319 Plymouth Rd., Ste. 1 |
| (313) 962-5035 | Livonia, MI 48150 |
| | (734) 591-4890 |
| | notices@cschneiderlaw.com |

**Signed on July 25, 2017**



/s/ Mark A. Randon

Mark A. Randon
United States Bankruptcy Judge

tosign636365724633939833.docx