**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
    James J. Cramb

                               Case No. 17-40032-MAR
                               Chapter 13
                               HON. Mark A. Randon

    Debtor(s).
_____/

## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

NOW COMES James J. Cramb, Debtor herein, by and through his attorney, CHARLES J. SCHNEIDER, and proposes the following post-confirmation plan modifications:

1. To waive the requirement to remit 100% of income tax refunds for 2017 in the amount of $2,338.00, for the reason that the Debtor needs to have his driveway paved. The Debtor's house was built in 1914 and has never had a proper driveway installed. What is there now is just rocks, dirt/mud, and concrete pieces. It is no longer safe because of the breakdown. The Debtor has done his best to maintain the drive as it is, but it has now broken down so much that it has become a safety hazard. Snow/ice removal in the winter is nearly impossible. And in every other season, mud is a major hazard. The Debtor installed five yards of gravel on the drive last year because the driveway was not passable in the mud. The gravel is no longer helping and the gravel is not a sustainable solution to the problem. The Debtor is not able to mitigate the driveway any further and needs to have an actual driveway installed. In every season the current driveway is a hazard to him, his child, and any guests that use the driveway, including the mail carriers and utility workers. The driveway is not level, so in addition to being a tripping hazard, vehicles have also gotten stuck trying to get out of the driveway due to mud or ice. The driveway is estimated to cost $5,800.00. (See Exhibit 2).

2. To temporarily suspend the Payment Order with Debtor's employer, effective immediately,

for a total of five plan payments. The plan payment shall resume with the paycheck with the pay date of June 8, 2018, for the plan payment that is due on June 21, 2018. In addition to the tax refund, the Debtor believes he only needs five plan payments, or a total of $1,882.30, and he can come up with the difference from his budget to be able to pay the remaining amount which would be due to have his driveway replaced, for the reasons stated above. Debtor's counsel shall serve a copy of the Order upon Debtor's employer.

3. To refund to the Debtor any and all plan payments which are on hand with the Trustee's office or post to the Trustee's system while the plan modification is pending, also including any payments that post during the time frame that the wage order is to be temporarily suspended. The total to refund shall not exceed $1,882.30.

4. To excuse plan payments totaling $1,882.30, for the reasons stated above.

5. This plan modification does not adversely affect Creditors in Classes One, Two, Five, Six, Seven, or Eight. This plan modification adversely affects Creditors in Class Four as it will delay payment to such Creditors by approximately 2.5 months; however the plan is funded properly and such Creditors will be brought back current once the plan payment resumes for a period of time. This plan modification adversely affects Creditors in Class Nine as they will not receive $4,220.30, that they may have otherwise received if the tax refund were paid into the plan and the plan payments were not excused.

6. Liquidation Analysis:

## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 55,000.00 | 54,789.00 | 211.00 | 211.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 70,000.00 | 79,545.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | 6,800.00 | 0.00 | 6,800.00 | 6,800.00 | 0.00 |
| **JEWELRY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 1,634.26 | 0.00 | 1,634.26 | 1,634.26 | 0.00 |
| **VEHICLES** | 24,100.00 | 3,540.00 | 600.00 | 600.00 | 0.00 |
| **OTHER (itemize)** | | | | | |
| Pension: Oakwood Pension | 47,700.14 | 0.00 | 47,700.14 | 47,700.14 | 0.00 |
| 403(b): Valic(Fidelity) | 51,196.75 | 16,440.44 | 34,756.31 | 34,756.31 | 0.00 |
| Protective West Coast Term Life Ins. Beneficiary: Ex-Wife & child | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER (total)** | 98,896.89 | 16,440.44 | 82,456.45 | 82,456.45 | 0.00 |

Amount available upon liquidation ............................................................. $ 0.00
Less administrative expenses and costs ...................................................... $ 0.00
Less priority claims ................................................................................... $ 9,800.00
Amount Available in Chapter 7 .................................................................. $ 0.00

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the POST-CONFIRMATION PLAN MODIFICATION, or if you want the court to consider your views on the modification, within TWENTY-ONE (21) days from the date of service of this modification, you or your attorney must:

1. File a written response or an answer explaining your position with[1]:

> United States Bankruptcy Court
> 211 West Fort Street, Suite 2100
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the **TWENTY FIRST (21st)** day from the date of service of this modification.

You must also send a copy to:

Charles J. Schneider, Attorney for Debtor(s), 39319 Plymouth Rd., Suite 1, Livonia, MI 48150
James J. Cramb, , 18265 Beech Daly, , Redford, MI 48240
Chapter 13 Trustee, 719 Griswold Street, 1100 Chrysler House, Detroit, MI 48226-3314
United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

|  |  |
|---|---|
| | /s/Lisa M. Nedzlek |
| | CHARLES J. SCHNEIDER (P27598) |
| | LISA M. NEDZLEK (P71407) |
| | NICHOLAS D. CHAMBERS (P72084) |
| | Attorneys for Debtor(s) |
| | 39319 Plymouth Rd., Ste. 1 |
| | Livonia, MI 48150 |
| | (734) 591-4890 |
| Dated: April 16, 2018 | notices@cschneiderlaw.com |

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

\\2008-sbs\Data\LNTPA Files\Case\Modification of Plan\Cramb, James 42018.WPD   4

**ATTACHMENT 2**

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is     <u>  60  </u> months

2. Initial Plan Payment:
   $815.66 per month x 38 months = $30,995.08 (subtotal)
   Step Payment #1
   $1,355.66 per month x 7 months = $9,489.62 (subtotal)
   Step Payment #2
   $2,066.66 per month x 5 months = $10,333.30 (subtotal)
   Step Payment #3
   $2,419.59 per month x 10 months = $24,195.90 (subtotal)

3. Additional Payments: $_____ per=

4. Lump Sums:     $0.00

5. Total to be paid into Plan (total of lines 2 through 4)     $75,013.90

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees     $5,813.45

   b. Estimated Attorney Fees and costs through confirmation of plan     $6,500.00 (Estimated for feasibility purposes only)

   c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan     Unknown

   d. Estimated Fees of Other Professionals     $0.00

   e. Total mortgage and other continuing secured debt payments     $38,597.40

   f. Total non-continuing secured debt payments (including interest)     $0.00

   g. Total priority claims     $9,800.00

   h. Total arrearage claims     $685.96

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h)     $ 61,396.81

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7)     $ 13,617.09

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see liquidation analysis on page 6)     $ 0.00

COMMENTS:

Please see attached plan calculation.

**BSS** - Bankruptcy Software Specialists - **13Network**

CHARLES SCHNEIDER    Case Query

Enter Case Number, Name, Social Security Number, or @1st Address Line: `1253256` [Go]    LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Recently Accessed Cases: `17-40032-MAR JAMES J CRAMB`

**17-40032-MAR JAMES J CRAMB** (xxx-xx-5746) 18265 BEECH DALY • • REDFORD • MI • 48240  $376.46 BW/

Bar Date(s): 5/18/2017 (has passed)  7/3/2017 (has passed)
Confirmed: 7/25/2017
Case Status: OPEN/ACTIVE

Print Inquiry   Trustee: Krispen S. Carroll   Attorney: CHARLES J SCHNEIDER

The data on these pages has not been audited and is provided for general information only.

9 Month(s) since Confirmation UP = $6,215.00  TPI = $11,547.54  TPILR = $11,547.54  BOH = $348.23  BOH+FEES = $376.46

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | CHARLES J SCHNEIDER | $1,200.00 | | $1,200.00 | | | $1,200.00 | |
| 2 | ADDED CREDITOR | | | | | | | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 5 | JAMES J CRAMB | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 6 | QUICKEN LOANS INC | $685.96 | $685.96 | | | $14.29 | $685.96 | 48 |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 12 | QUICKEN LOANS INC | | | | | $652.47 | $31,318.56 | |
| 13 | QUICKEN LOANS INC | $5,508.67 | | $5,508.67 | | | $5,508.67 | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 20 | INTERNAL REVENUE SERVICE | $7,388.31 | | $7,388.31 | | | $7,388.31 | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 28 | QUICKEN LOANS INC | $350.00 | | $350.00 | | $7.45 | $350.00 | 46 |
| 29 | ADDED CREDITOR | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **SPECIAL UNS** | | | | | | | |
| 36 | BEST BUY | $6,214.73 | | $6,214.73 | 5.2500 | $143.83 | $6,903.61 | 47 |
| 37 | BEST BUY | $299.09 | | $299.09 | | | $299.09 | |
| 38 | All Unsecured Creditors | Total Unsecured 92149.86 | | | Percent Allowed 0 | | Amount Allowed | |

Change Line# `0` [OK]  Plan Terms `48` [Calc]  Unsecured % `0` [Calc]  Due to Creditors: $728.88   $58,004.54
[Restart]                                                                In from Debtor: $816.92   $66,515.17

Trustee's % `7.5`
Lump Sum $ `29,363.49`
Delete Line `0` [OK]

**Debtor 1 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| OAKWOOD HEALTHC | $376.46 | BI-WEEKLY | $ | ? |
| JAMES J CRAMB | $0.00 | MONTHLY | $ | ? |

**Debtor 2 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | MONTHLY | $ | ? |

Krispen Carroll - Detroit MI    Your Chapter 13 Information Management System    © 2004 BSS LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:
    James J. Cramb

                                        Case No. 17-40032-MAR
                                        Chapter 13
                                        HON. Mark A. Randon

            Debtor(s).
_____/

## ORDER APPROVING CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

      This matter having come on to be heard upon the Debtor's filing of a Chapter 13 Post-Confirmation Plan Modification pursuant to E.D. Mich. LBR 3015-2(b), a Certification of Non Response having been filed, due notice having been thus given, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED THAT the requirement to remit 100% of income tax refunds for 2017 in the amount of $2,338.00, is waived.

      IT IS FURTHER ORDERED THAT the Payment Order with Debtor's employer is temporarily suspended, effective immediately, for a total of five plan payments. The plan payment shall resume with the paycheck with the pay date of June 8, 2018, for the plan payment that is due on June 21, 2018. Debtor's counsel shall serve a copy of this Order upon Debtor's employer.

      IT IS FURTHER ORDERED THAT any and all plan payments which are on hand with the Trustee's office or posted to the Trustee's system while the plan modification was pending, also including any payments that post during the time frame that the wage order is to be temporarily suspended, shall be refunded to the Debtor. The total to refund shall not exceed $1,882.30.

      IT IS FURTHER ORDERED THAT plan payments totaling $1,882.30, are excused.

EXHIBIT 1

IN RE:

    James J. Cramb

                         Case No. 17-40032-MAR
                         Chapter 13
                         HON. Mark A. Randon

           Debtor(s).
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

      The deadline to file an objection to the proposed chapter 13 plan modification is 21 days after service.

      If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

      If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modifications will become effective when the Court enters an order overruling or resolving all objections.

      Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Charles J. Schneider, Attorney for Debtor(s), 39319 Plymouth Rd., Suite 1, Livonia, MI 48150
James J. Cramb, , 18265 Beech Daly, , Redford, MI 48240
Chapter 13 Trustee, 719 Griswold Street, 1100 Chrysler House, Detroit, MI 48226-3314
United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

                                       /s/Lisa M. Nedzlek
                                       CHARLES J. SCHNEIDER (P27598)
                                       LISA M. NEDZLEK (P71407)
                                       NICHOLAS D. CHAMBERS (P72084)
                                       Attorneys for Debtor(s)
                                       39319 Plymouth Rd., Ste. 1
                                       Livonia, MI 48150
                                       (734) 591-4890
                                       notices@cschneiderlaw.com

Dated: April 16, 2018

**From:** James Cramb
**Sent:** Monday, March 26, 2018 12:04 PM
**To:** Cramb, James
**Subject:** Fw: Silverback Asphalt

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Saturday, March 24, 2018, 7:52 PM, Mark Smith <silverbackasphalt@yahoo.com> wrote:

Silverback Asphalt
313-753-2419

Approx 1700 sq ft. Level and grade 4 in of 21 AA crushed concrete, from garage to approach
Remove existing concrete slabs against house and railing
Remove any grass along fence line
Run sting line from fence to road
3 in of 1100 T commercial top
Roll until compacted 3 in
Permits are included

Total Price - $5800.00

Half down and other half due upon completion
Deposit- $2900.00
Remaining balance-$2900.00

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 17-40032-mar<br>Eastern District of Michigan<br>Detroit<br>Mon Apr 16 11:28:41 EDT 2018 | Ally Bank Lease Trust<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Officer for receipt of Process<br>PO Box 9001951<br>Louisville, KY 40290-1951 |
| America's Servicing Company<br>Attn: Officer for receipt of Process<br>PO Box 10388<br>Des Moines, IA 50306-0388 | Beaumont<br>Oakwood Healthcare<br>P.O. Box 674576<br>Detroit, MI 48267-4576 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Capital One Retail Services<br>Attn: Officer for receipt of Process<br>PO Box 7680<br>Carol Stream, IL 60116-7680 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | James J Cramb<br>18265 Beech Daly<br>Redford, MI 48240-1802 | DFCU Financial<br>400 Town Center Drive<br>P.O. Box 6048<br>Dearborn, MI 48121-6048 |
| DFCU Financial<br>Attn: Officer for receipt of Process<br>PO Box 6048<br>Dearborn, MI 48121-6048 | Department Of Education<br>Attn: Officer for receipt of Process<br>PO Box 530210<br>Atlanta, GA 30353-0210 | E*Trade Bank<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| Fidelity Institutional<br>Retirement Services Company<br>100 Crosby Parkway<br>Covington, KY 41015-4325 | Michael P. Hogan<br>23938 Research Drive<br>Ste. 300<br>Farmington Hills, MI 48335-2605 | IC Systems<br>Attn: Officer for receipt of Process<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jody Cramb<br>15635 Delaware Ave<br>Redford, MI 48239-3943 | Panayiotis D. Marselis<br>23938 Research Drive<br>Ste. 300<br>Farmington Hills, MI 48335-2605 |
| Kim Morden Rattet<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Lisa Nedzlek<br>39319 Plymouth Rd<br>Livonia, MI 48150-1059 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quicken Loans<br>P.O. Box 6577<br>Carol Stream, IL 60197-6577 | Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 |
| Charles J. Schneider<br>39319 Plymouth Rd.<br>Suite 1<br>Livonia, MI 48150-1064 | Sears Credit Cards<br>PO Box 78051<br>Phoenix, AZ 85062-8051 | Specialized Loan Servicing LLC<br>PO Box 105219<br>Atlanta, GA 30348-5219 |

| | | |
|---|---|---|
| Synchrony Bank - Art Van<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | U.S. Attorney<br>Attn: Civil Division<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 |
| U.S.Bank National Association, as Trustee<br>c/o Wells Fargo Bank, N.A.<br>Attn: Payment Processing<br>MAC#X2302-04C<br>1 Home Campus<br>Des Moines, IA 50328-0001 | U.S.Department of Education<br>C/O FedLoan Servicing<br>P.O.Box 69184<br>Harrisburg PA 17106-9184 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 |
| Valic<br>2929 Allen Parkway<br>Houston, TX 77019-2157 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Vystar Credit Union<br>P.O. Box 71050<br>Charlotte, NC 28272-1050 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Best Buy<br>PO Box 78009<br>Phoenix, AZ 85062-8009 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Department of Education<br>Debt Collection Service<br>San Francisco Service Center<br>50 Beale Street, #8629<br>San Francisco, CA 94705 |
| VyStar Credit Union<br>PO Box 45085<br>Jacksonville, FL 32232 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DFCU Financial | (u)Quicken Loans Inc. | (u)U.S. Bank, N.A. |

| | | |
|---|---|---|
| (d)U.S. Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     4<br>Total                  42 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    James J. Cramb

Case No. 17-40032-MAR
Chapter 13
HON. Mark A. Randon

        Debtor(s).
_____/

## PROOF OF SERVICE

    Patricia A. Henderson, certifies that she is employed by the Law Office of Charles J. Schneider, P.C., attorney for Debtor(s), and states that on <u>April 16, 2018</u>, she served a copy of CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION to:

Krispen S. Carroll (P49817)
719 Griswold Street
1100 Chrysler House
Detroit, MI 48226-3314

All parties indicated on the attached dated court matrix

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                    /s/ Patricia A. Henderson
                    PATRICIA A. HENDERSON
                    LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                    39319 Plymouth Rd., Ste. 1
                    Livonia, MI 48150
                    (734) 591-4890
                    notices@cschneiderlaw.com